■ In the Matter of the Claim of HENRY ODOI, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [608 NYS2d 120] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 5, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

The record contains substantial evidence to support the Board's determination that claimant was discharged for misconduct because he failed to follow the explicit directions of his employer. Further, we find no evidence in the record to support claimant's assertion that he was denied due process or otherwise deprived of a fair and impartial hearing.

Mikoll, J. P., Yesawich Jr., Mercure, Crew III and Casey, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of CAROL A. HERRING, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [605 NYS2d 514] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 15, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

The record establishes that claimant was late for work on various occasions and continued her tardy behavior after verbal and written warnings. Claimant's actions clearly constitute misconduct and provide substantial evidence to support the Board's decision.

Mikoll, J. P., Yesawich Jr., Crew III, White and Mahoney, JJ., concur. Ordered that the decision is affirmed, without costs.